```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------
NATALIE MENDEZ,

              Plaintiff,            22-cv-5530 (JGK)

    - against -               ORDER

LA HOOKAH SMOKE & VAPE CORP., ET AL.,

              Defendants.

---------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 9, 2022.

SO ORDERED.

Dated:    New York, New York
          August 22, 2022

                                        /s/ John G. Koeltl
                                            John G. Koeltl
                                  United States District Judge