UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NATALIE MENDEZ,

                Plaintiff,

                                                         22 civ 5530 (JGK)

      -against-

LA HOOKAH SMOKE & VAPE CORP., et al.,
                        Defendants.
-------------------------------------------------------------X

      The conference scheduled for Tuesday, September 20, 2022, at 12:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 13, 2022